# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Magner, Elizabeth W. | 2. Court or Organization<br><br>Bankruptcy Court, ED La. | 3. Date of Report<br><br>08/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

500 Poydras St. Ste B-741B
New Orleans, La. 70130-3310

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 Rivers P. Wall Jr. ▆ Trust |
| 2. | Trustee | Trust #2 Rivers P. Wall III ▆ Trust |
| 3. | Trustee | Trust #3 Dickens H. Wall Testmentary Trust for ▆ |
| 4. | Trustee | Trust #4 Dickens H. Wall Testementary Trust for ▆ |
| 5. | Trustee | Trust #5 Dickens H. Wall Testemantary Trust for ▆ ll |
| 6. | Trustee | Trust #6 rivers P Wall Exemption Trust |
| 7. | Executrix | succession of Dickens H Wall |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Partner, Jones, Walker, LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Conference Institue | January 29-31, 2014 | New York, NY | Speaking | Meals, hotel, transportation |
| 3. | Center for American & International Law -Bench Bar Conference | Febuary 13-14, 2014 | New Orleans, La | Speaking | Meals |
| 4. | American Conference Institute | April 9-10, 2014 | Los Angeles, CA | Speaking | Meals, hotel, transportation |
| 5. | American Conference Institute | April 24-25, 2014 | District of Columbia | Speaking | Meals, hotel, transportation |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Louisiana State University Paul M. Hebert Law Center Seminar on Bankruptcy | October 23-24, 2014 | Baton Rouge, La. | Speaking | Meals |
| 7. | Turnaround Mgt. Ass'n | October 22, 2014 | Baton Rouge, La. | Speaking | Meal |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real property Waynesville, N.C.-purchased 2003; $165,000 | | None | M | R | | | | | |
| 2. United Health Group Common Stock | A | Dividend | K | T | | | | | |
| 3. Trust #1 income and principal beneficiary- Guardian Life Ins. | D | Interest | N | T | | | | | |
| 4. Trust #2- R P Wall█████s Trust- Trustee | | None | | | | | | | |
| 5. Whitney National Bank Accounts | A | Interest | K | T | | | | | |
| 6. Guardian Life Insurance-universal variable life | A | Dividend | L | U | | | | | |
| 7. EWA, LLC | A | Int./Div. | J | U | | | | | |
| 8. MA Patout, Inc | C | Int./Div. | J | U | | | | | |
| 9. Berkshire Hathaway, Inc. common stock | | None | K | T | | | | | |
| 10. Real property Union City, TN 25% (X); 3/7/14 | | None | M | Q | | | | | |
| 11. | | | | | | | | | |
| 12. WHITNEY Investment Account | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. -Prime Capital Fund Reserves-Class 7 day f/ k/a Prime Cash Series | A | Interest | J | T | | | | | |
| 15. -Harris Cnty Tex Mun Util Dist No 165 | C | Interest | M | T | | | | | |
| 16. -Sienna Plantation Mun Util Dist No 10 | C | Interest | M | T | | | | | |
| 17. -Pasco Cnty Fla Sch Brd Ctfs Partn COPS | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. FIDELITY PERSONAL JOINT Account | | | | | Closed | 12/31/14 | J | | |
| 20. | | | | | | | | | |
| 21. -Fidelity Municipal Money Mkt Fund | A | Dividend | | | Distributed | 11/15/14 | J | | |
| 22. -Fidelity Equity Div Inc FD | | None | | | Buy | 05/16/14 | K | | |
| 23. | | | | | Sold | 06/20/14 | K | B | |
| 24. -Advisors Cambria Global Tactial | | None | | | Sold | 01/07/14 | J | A | |
| 25. -Vanguard Index Fund, Vang. REIT (formerly Vang IDX & Viper Shs) | | None | | | Sold | 01/06/14 | K | A | |
| 26. -Deutsche Bank AB London PWRSHS DB Commoditiy DBL long ETIN | | None | | | Sold | 01/06/14 | J | A | |
| 27. -Proshares TR Ultra Russell 2000 Proshares | | None | | | Sold | 01/06/14 | K | C | |
| 28. -Proshares TR Ulta MSCI EAFE | | None | | | Sold | 01/07/14 | K | B | |
| 29. -Proshares TR Proshares Ultra 20+ YR Treasury | | None | | | Sold | 01/06/14 | K | A | |
| 30. -Proshares Ultra S&P 500 Proshares | | None | | | Sold | 01/06/14 | K | D | |
| 31. -WisdomTree Trust Japan Hedge EQT | | None | | | Sold (part) | 01/06/14 | K | A | |
| 32. | | | | | Sold | 05/20/14 | J | A | |
| 33. -Pimco ETF TR 15+ US TIPS Ind FD | | None | | | Sold | 01/06/14 | K | A | need buy |
| 34. -Pimco Emerging MKT BD Instl | A | Dividend | | | Buy | 01/03/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 05/16/14 | J | A | |
| 36.    -Pimco Commodities Plus Strat CL D | | None | | | Buy | 01/02/14 | J | | |
| 37. | | | | | Sold | 05/16/14 | J | B | |
| 38.    -Pimco Real Rtn Class D | A | Dividend | | | Buy | 05/16/14 | K | | |
| 39. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 40. | | | | | Sold | 09/08/14 | K | A | |
| 41.    -Am Century RE Inv CL | A | Dividend | | | Buy | 01/02/14 | J | | |
| 42. | | | | | Sold | 05/16/14 | J | A | |
| 43.    -Am Century Zero Coupon 2020 Invt CL | | None | | | Buy | 05/16/14 | K | | |
| 44. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 45. | | | | | Sold | 08/13/14 | K | A | |
| 46. | | | | | Buy (add'l) | 08/20/14 | K | | |
| 47. | | | | | Buy (add'l) | 10/07/14 | K | | |
| 48. | | | | | Sold (part) | 11/10/14 | K | A | |
| 49. | | | | | Sold | 11/12/14 | K | A | |
| 50.    -Am Beacon Sm Cap Inv | | None | | | Buy | 08/18/14 | K | | |
| 51. | | | | | Sold | 10/02/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Am Century All Cap Growth Inv | | None | | | Buy | 08/20/14 | K | | |
| 53. | | | | | Sold | 10/06/14 | K | A | |
| 54. -IShares Core S&P 500 | B | Dividend | | | Buy (add'l) | 01/06/14 | K | | |
| 55. | | | | | Sold (part) | 06/12/14 | M | E | |
| 56. | | | | | Sold | 11/11/14 | K | C | |
| 57. -Ishares TR Russell 2000 Index FD | A | Dividend | | | Buy (add'l) | 01/06/14 | J | | |
| 58. | | | | | Sold | 05/20/14 | K | A | |
| 59. --Templeton Global BD CL A | A | Dividend | | | Buy | 01/03/14 | L | | |
| 60. | | | | | Sold | 05/16/14 | L | A | |
| 61. -Columbia Acorn CL A | | None | | | Buy | 01/03/14 | K | | |
| 62. | | | | | Sold | 05/16/14 | K | A | |
| 63. -Columbia Contrarian Core FD CL A | | None | | | Buy | 05/16/14 | K | | |
| 64. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 65. | | | | | Sold | 11/11/14 | K | C | |
| 66. -Columbia Inc Oppt FD CL A | A | Dividend | | | Buy | 08/18/14 | K | | |
| 67. | | | | | Sold | 11/12/14 | K | A | |
| 68. -Columbia Seligman Com and Info CL A | | None | | | Buy | 11/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 11/13/14 | K | A | |
| 70.    -DWS Core Equity FD CL A | A | Dividend | | | Buy | 05/16/14 | K | | |
| 71. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 72. | | | | | Sold | 08/08/14 | K | A | |
| 73.    -DWS Global Hi Inc CL A | A | Dividend | | | Buy | 01/03/14 | K | | |
| 74. | | | | | Sold | 05/16/14 | K | A | |
| 75.    -Eaton Vance Flotg Rate FD CL A | A | Dividend | | | Buy | 01/03/14 | J | | |
| 76. | | | | | Sold | 05/16/14 | J | A | |
| 77.    -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Buy | 01/03/14 | K | | |
| 78. | | | | | Sold | 05/16/14 | K | A | |
| 79.    -ING Global RE CL A (Voya Global RE CL A) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 80. | | | | | Sold | 05/16/14 | J | A | |
| 81.    -Oppenheimer Intl Sm Co CL A | | None | | | Buy | 01/03/14 | J | | |
| 82. | | | | | Sold | 05/16/14 | J | A | |
| 83.    -Oppenheimer Dev Mkts FD CL A | | None | | | Buy | 01/03/14 | K | | |
| 84. | | | | | Sold | 05/16/14 | K | A | |
| 85.    -Pimco All Asset All Auth.-Inst. CL | | None | | | Sold (part) | 01/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 10 of 66

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

08/17/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 01/15/14 | J | A | |
| 87. -Pimco Commodities Plus Strat CL D | | None | | | Buy | 01/02/14 | J | | |
| 88. | | | | | Sold | 05/16/14 | J | A | |
| 89. -Vanguard Intl Equity Ind FDS FTSE Emerg MKT ETF | | None | | | Buy | 01/06/14 | K | | |
| 90. | | | | | Sold | 01/29/14 | K | A | |
| 91. -DBX ETF TR XTRAK MSCI EAFE | | None | | | Sold | 01/07/14 | K | A | need buy |
| 92. -Index IQ ETF TR IQ Hedge Multi-Strategy Trac j | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 93. -Ishares 20+ Yr Treasurey BD | A | Dividend | | | Sold | 01/06/14 | J | A | need buy |
| 94. -Guggemheim Mgt Fut Strat CL H | | None | | | Sold | 01/02/14 | J | A | |
| 95. | | | | | Sold | 05/16/14 | J | A | |
| 96. -MFS Total Rtn CL A | A | Dividend | | | Buy | 05/16/14 | K | | |
| 97. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 98. | | | | | Sold | 08/18/14 | K | A | |
| 99. -Rydex Cons Prod Inv CL | | None | | | Buy | 05/21/14 | K | | |
| 100. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 101. | | | | | Sold | 07/22/14 | K | A | |
| 102. -Northern Sm Cap VL | | None | | | Buy | 05/27/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 104. | | | | | Sold | 08/04/14 | K | A | |
| 105. | | | | | Buy (add'l) | 10/23/14 | K | | |
| 106. | | | | | Sold | 11/12/14 | K | C | |
| 107.  -Fidelity Infl Protected BD | A | Dividend | | | Buy | 05/28/14 | K | | |
| 108. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 109. | | | | | Sold | 08/25/14 | K | A | |
| 110.  -Fidelity Advisor Eq Growth CLI | | None | | | Buy | 06/03/14 | K | | |
| 111. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 112. | | | | | Sold | 08/21/14 | K | B | |
| 113.  -Fidelity Select Electronics | | None | | | Buy | 07/22/14 | K | | |
| 114. | | | | | Sold | 10/10/14 | K | A | |
| 115.  -Fidelity Select Biotechnology | | None | | | Buy | 10/30/14 | K | | |
| 116. | | | | | Sold | 11/11/14 | K | A | |
| 117.  -Rydex Telecomm Inv Cl | | None | | | Buy | 05/28/14 | K | | |
| 118. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 119. | | | | | Sold | 08/07/14 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Rydex Govt LG BD 1.2X Strat Inv CL: | A | Dividend | | | Buy | 08/12/14 | K | | |
| 121. | | | | | Sold | 09/22/14 | K | A | |
| 122. -Rydex LG Cap Growth H CL | | None | | | Buy | 10/31/14 | K | | |
| 123. | | | | | Sold | 11/12/14 | K | A | |
| 124. -Nuveen Mid Cap Growth Opp CL A | | None | | | Buy | 06/20/14 | K | | |
| 125. | | | | | Sold | 10/07/14 | K | A | |
| 126. -JP Morgan Mid Cap Growth FD CL A | | None | | | Buy | 08/21/14 | K | | |
| 127. | | | | | Sold | 10/14/14 | K | A | |
| 128. -Franklin Convert Sec A | A | Dividend | | | Buy | 08/25/14 | K | | |
| 129. | | | | | Sold | 11/11/14 | K | A | |
| 130. -Putnam Dynamic Asset alloc conserv CL A | A | Dividend | | | Buy | 09/08/14 | K | | |
| 131. | | | | | Sold | 11/12/14 | K | A | |
| 132. -Dreyfus Inter-Term Inc A | A | Dividend | | | Buy | 09/26/14 | K | | |
| 133. | | | | | Sold | 10/30/14 | K | A | |
| 134. -Gabelli Utilities | A | Dividend | | | Buy | 10/23/14 | K | | |
| 135. | | | | | Sold | 11/12/14 | K | B | |
| 136. -Lord Abbett Core Fix Inc CL A | A | Dividend | | | Buy | 10/28/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/11/14 | K | A | |
| 138. | | | | | | | | | |
| 139. FIDELITY ACCOUNT PERSONAL (x) | | | | | Closed | 12/31/14 | J | | |
| 140. | | | | | | | | | |
| 141. -AT&T (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 142. -Cisco Sys Inc (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 143. -Cola Cola Co (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 144. -Duke Energy Corp (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 145. -DBX ETF TR XTRAK MSCI EAFE (X) | | None | | | Sold | 11/14/14 | J | B | |
| 146. -Exxon Mobel Corp (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 147. -General Electric Co (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 148. -Home Depot (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 149. -Intel Corp (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 150. -Ishares Core S&P 500 (X) | A | Dividend | | | Sold | 11/14/14 | J | D | |
| 151. -Ishares Russell 2000 (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 152. -Johnson & Johnson (X) | A | Dividend | | | Sold | 11/14/14 | J | C | |
| 153. -Kraft Foods Group Comm NPV (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Lowes Co (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 155. -Microsoft Corp (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 156. -Procter & Gamble Co (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 157. -Spectra Energy Corp (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 158. -Teco Energy Inc (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 159. -UnitedHealth Group (X) | A | Dividend | | | Sold | 11/14/14 | J | C | |
| 160. -Walmart Stores (X) | A | Dividend | | | Sold | 11/14/14 | J | B | |
| 161. -WisdomTree Trust Japan Hedge Eqt (X) | | None | | | Sold | 11/14/14 | J | A | |
| 162. -Am Century Real Estate Inv CL (X) | A | Dividend | | | Sold | 11/12/14 | J | A | |
| 163. -Columbia Acorn CL A (X) | | None | | | Sold | 11/12/14 | J | A | |
| 164. -DWS Global Hi Inc CL A (name chg Deutsche Global Hi Inc FD A (X) | A | Dividend | | | Sold | 11/14/14 | J | A | |
| 165. -Eaton Vance Fltg Rate FD CL A (X) | A | Dividend | | | Sold | 11/12/14 | J | A | |
| 166. -Goldman Sachs Strg Inc FD inst (X)l | A | Dividend | | | Sold | 11/12/14 | K | A | |
| 167. -Oppenheimer Interna'l Sm Co CL A (X) | | None | | | Sold | 11/12/14 | J | A | |
| 168. -Oppenheimer Dev Mkt BD Instl (X) | | None | | | Sold | 11/12/14 | J | A | |
| 169. -Pimco Commodities Plus Strat CL D (X) | A | Dividend | | | Sold | 11/12/14 | J | A | |
| 170. - Pimco Emerging Mkt BD Instl (X) | A | Dividend | | | Sold | 11/12/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Templeton Global BD CL A (X) | A | Dividend | | | Sold | 11/12/14 | K | A | |
| 172.  -Voya Global RE CL A (X) | A | Dividend | | | Sold | 11/12/14 | K | A | |
| 173.  -Fidelity Municipal Money MKT (X) | A | Dividend | | | Closed | 12/31/14 | K | A | |
| 174. | | | | | | | | | |
| 175.  FIDELITY IRA ROLLOVER (X) | | | | | | | | | |
| 176. | | | | | | | | | |
| 177.  -Am Century Bal Inv | B | Dividend | K | T | Buy | 12/16/14 | K | | |
| 178.  -Am Centruy Infl Adj Bd Inv | | None | | | Buy | 08/12/14 | K | | |
| 179. | | | | | Sold | 11/13/14 | K | A | |
| 180.  -Am Century RE Inv CL (X) | A | Dividend | | | Sold | 06/05/14 | J | A | |
| 181. | | | | | Buy | 11/25/14 | K | | |
| 182. | | | | | Sold | 12/30/14 | K | A | |
| 183.  -Am Century Zero Coup 2020 Invt Cl | | None | | | Buy | 06/05/14 | K | | |
| 184. | | | | | Sold | 07/11/14 | K | A | |
| 185. | | | | | Buy | 08/15/14 | K | | |
| 186. | | | | | Sold | 11/12/14 | K | A | |
| 187.  -AMG Mang BD FD | A | Dividend | K | T | Buy | 11/13/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 11/17/14 | J | A | |
| 189. -Fidelity Advisor Equity Growth CL I | | None | K | T | Buy | 11/13/14 | K | | |
| 190. | | | | | Sold (part) | 11/17/14 | J | A | |
| 191. -Fidelity Balanced | A | Dividend | | | Buy | 06/30/14 | K | | |
| 192. | | | | | Sold | 08/15/14 | K | A | |
| 193. -Fidelity Convertible Sec | A | Dividend | K | T | Buy | 11/25/14 | K | | |
| 194. -Fidelity Select Biotechnology | C | Dividend | K | T | Buy | 06/10/14 | K | | |
| 195. | | | | | Sold | 08/11/14 | K | A | |
| 196. | | | | | Buy | 10/23/14 | K | | |
| 197. -Fidelity Select Consum | A | Dividend | K | T | Buy | 11/26/14 | K | | |
| 198. -Fidelity Select Defense and Aerospace | | None | | | Buy | 09/19/14 | K | | |
| 199. | | | | | Sold | 12/10/14 | K | A | |
| 200. -Fidelity Select Transport | | None | | | Buy | 09/17/14 | K | | |
| 201. | | | | | Sold | 11/26/14 | K | C | |
| 202. -Alger Spectra FD CL A | | None | | | Buy | 07/18/14 | K | | |
| 203. | | | | | Sold | 09/17/14 | K | A | |
| 204. -Blackrock Basic Value FD CL A | A | Dividend | K | T | Buy | 08/19/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/25/14 | K | | |
| 206. | | | | | Sold | 10/07/14 | K | A | |
| 207. | | | | | Buy | 12/10/14 | K | | |
| 208. -Blackrock Health Sciences Opp PRT A | | None | | | Buy | 09/18/14 | K | | |
| 209. | | | | | Sold | 10/23/14 | K | A | |
| 210. -Columbia Acorn (X) | A | Dividend | | | Sold | 06/05/14 | K | A | |
| 211. -Columbia Convertible Sec. FD A | A | Dividend | | | Buy | 06/05/14 | K | | |
| 212. | | | | | Sold | 08/15/14 | K | A | |
| 213. -Davis Appreciation & Inc CL A | A | Dividend | | | Buy | 08/12/14 | K | | |
| 214. | | | | | Sold | 10/30/14 | K | A | |
| 215. -DSW Global Hi Inc CL A (X) | A | Dividend | | | Sold | 06/05/14 | J | A | |
| 216. -DWS Unconstrained Inc FD CL A (Deutsche Unconstrain Inc Fund A) | A | Dividend | | | Buy | 07/08/14 | K | | |
| 217. | | | | | Sold | 08/19/14 | K | A | |
| 218. -DWS Science and Technology CL A | | None | | | Buy | 06/05/14 | K | | |
| 219. | | | | | Sold | 08/07/14 | K | A | |
| 220. -Deutsche Equity Dividend FD | | None | K | T | Buy | 12/30/14 | K | | |
| 221. -Deutsche Sm Cap Val FD | C | Dividend | K | T | Buy | 11/13/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Dreyfus Intl FD CL A | | None | | | Buy | 06/05/14 | K | | |
| 223. | | | | | Sold | 06/30/14 | K | A | |
| 224. -Eaton Flting Rate FD CL A (X) | A | Dividend | | | Sold | 06/05/14 | K | A | |
| 225. -Fidelity Govt Inc | A | Dividend | | | Buy | 08/19/14 | K | | |
| 226. | | | | | Sold | 11/13/14 | K | A | |
| 227. -Franklin Convert Sec | B | Dividend | K | T | Buy | 11/13/14 | K | | |
| 228. -Goldman Sachs Strg Inc FD Instl (x) | A | Dividend | | | Sold | 06/05/14 | K | A | |
| 229. -Goldman Sachs Growth Opport CL A | D | Dividend | | | Buy | 11/13/14 | K | | |
| 230. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 231. | | | | | Sold | 12/16/14 | K | A | |
| 232. -Ishares Core S&P 500 (X) | | None | | | Sold | 06/09/14 | L | A | |
| 233. -Ishares Russell 2000 (X) | | None | | | Sold | 06/09/14 | K | A | |
| 234. -Ivy Lg CAP Growth CLA | | None | | | Buy | 07/01/14 | K | | |
| 235. | | | | | Sold | 09/19/14 | K | | |
| 236. -Janus Venture FD CL T | | None | | | Buy | 06/30/14 | K | | |
| 237. | | | | | Sold | 09/25/14 | K | A | |
| 238. -John Hancock Ref Bank CL A | A | Dividend | | | Buy | 09/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 10/22/14 | J | A | |
| 240.  -Keeley Sm Cap Val Cl A | | | | | Buy | 10/30/14 | K | | |
| 241. | | | | | Sold | 12/02/14 | K | A | |
| 242.  -Northern Sm Cap Val | B | Dividend | K | T | Buy | 12/02/14 | K | | |
| 243.  -Nuveen All Am Muni Bd CL A | A | Dividend | | | Buy | 06/05/14 | K | | |
| 244. | | | | | Sold | 07/08/14 | K | A | |
| 245.  -Mainstay Convertible CL A | | | | | Buy | 10/22/14 | K | | |
| 246. | | | | | Sold | 11/25/14 | K | A | |
| 247.  -Morgan Stanley Growth Portofolio | A | Dividend | | | Buy | 06/30/14 | K | | |
| 248. | | | | | Sold | 08/25/14 | K | A | |
| 249.  -Oppenheimer Dev Mkts FD CL A (X) | | None | | | Sold | 06/05/14 | J | A | |
| 250.  -Oppenheimer Intl Sm Co Cl A (X) | | None | | | Sold | 06/05/14 | J | A | |
| 251.  -Pimco Emerging Mkts BD Instl (X) | A | Dividend | | | Sold | 06/05/14 | J | A | |
| 252.  -Pimco Commodities Plus Strat CL D (X) | | None | | | Sold | 06/05/14 | J | A | |
| 253.  -Putnam Growth Opportunities CL A | | None | | | Buy | 07/11/14 | K | | |
| 254. | | | | | Sold | 08/12/14 | K | A | |
| 255.  -Putnam Am Govt Inc CL A | A | Dividend | | | Buy | 09/26/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 20 of 66

**Name of Person Reporting**

Magner, Elizabeth W.

**Date of Report**

08/17/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 11/13/14 | K | A | |
| 257. -Rydex Govt Lg Bd 1.2X Stat Inv Cl | A | Dividend | | | Buy | 08/12/14 | K | | |
| 258. | | | | | Buy (add'l) | 08/19/14 | K | | |
| 259. | | | | | Sold (part) | 09/15/14 | K | A | |
| 260. | | | | | Sold | 09/18/14 | K | A | |
| 261. -Sentinel Sm Co CL A | | None | | | Buy | 10/23/14 | K | | |
| 262. | | | | | Sold | 11/25/14 | K | C | |
| 263. -Sound Shore FD Inc | | None | | | Buy | 06/05/14 | K | | |
| 264. | | | | | Sold | 06/17/14 | K | A | |
| 265. -Templeton Global BD CL A (X) | | None | | | Sold | 06/05/14 | L | A | |
| 266. -Wells Fargo Omega Crowth FD CL A | | None | | | Buy | 06/17/14 | K | | |
| 267. | | | | | Sold | 09/18/14 | K | A | |
| 268. -Voya Global RE CL A (X) | | None | | | Sold | 06/05/14 | J | A | |
| 269. -WisdomTree Trust Japan Hedge EQT (X) | | None | | | Sold | 06/09/14 | J | A | |
| 270. -Fidelity Cash Reserves (X) | A | Dividend | J | T | | | | | |
| 271. | | | | | | | | | |
| 272. RAYMOND JAMES IRA ROLLOVER (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274.  -Am Mutual Fund Class A (X) | A | Dividend | J | T | Sold (part) | 11/14/14 | J | A | |
| 275.  -Capital Income Fuilder FD CL A (X) | A | Dividend | J | T | | | | | |
| 276.  -Income FD of AM CL A (X) | A | Dividend | J | T | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279.  Personal Raymond James Account #1 (X) | | | | | | | | | |
| 280. | | | | | | | | | |
| 281.  -DeSoto Parish LA Sch BRD Sales & Use Tax Bonds (X) | B | Interest | K | T | | | | | |
| 282.  -LA Loc Govt Environmental FACS & Comnty Dev Rev BDS, La Tech (x) | A | Interest | J | T | | | | | |
| 283.  -La LOC Govt Environ Fac Dev Bds LCTCS (X) | | None | K | T | | | | | |
| 284.  -LSU BD of Supervisors Rev Bonds 2010 (X) | | None | L | T | | | | | |
| 285.  -LSU BD of Supervisors Rev Bonds 2012 (X) | | None | M | T | | | | | |
| 286.  -Orleans Parish Sch Dist GO Ref Bds Ser 2010 (X) | A | Interest | K | T | | | | | |
| 287.  Raymond James Bank (X) | A | Interest | K | T | | | | | |
| 288. | | | | | | | | | |
| 289. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. (X) TRUST #3-ACCOUNTS-Trustee | | | | | | | | | |
| 291. | | | | | | | | | |
| 292. | | | | | | | | | |
| 293. (X) Trust #3--Fidelity Account #1 | | | | | | | | | |
| 294. | | | | | Closed | 10/31/14 | J | | |
| 295. | | | | | | | | | |
| 296. -AT&T | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 297. -Cisco Sys Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 298. -Coca Cola Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 299. -Deutsche ETF XTRAK MSCI EAFE | | None | | | Distributed | 10/29/14 | J | | |
| 300. -Duke Energy Corp Com | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 301. -Exxon Mobil Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 302. -General Electric Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 303. -Home Depot Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 304. -Intel Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 305. -Ishares Core S&P 500 | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 306. -Ishares Russell 200 | A | Dividend | | | Distributed | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Johnson & Johnson | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 308. -Kraft Foods Group Inc Com NPV | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 309. -Lowes Companies | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 310. -Microsoft Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 311. -Proter & Gamble Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 312. -Spectra Energy Corp Com | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 313. -Teco Energy Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 314. -UnitedHealth Group | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 315. -Walmart Stores Inc. | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 316. -WisdomTree Trust Japan Hedge Eqt | | None | | | Distributed | 10/29/14 | J | | |
| 317. -Am Century RE Inv Cl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 318. -Columbia Acorn CLA | | None | | | Distributed | 10/29/14 | J | | |
| 319. -DWS Global High Inc CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 320. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 321. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 322. -Oppenheimer Dev Mkt FD CL A | | None | | | Distributed | 10/29/14 | J | | |
| 323. -Oppenheimer Intl Sm Co CL A | | None | | | Distributed | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Pimco Emerg Mkts BD Instl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 325. -Pimco Commodities Plus Strat CL D | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 326. -Templeton Global BD CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 327. -Voya Global RE CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 328. -Fidelity Municipal M Mkt | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 329. | | | | | | | | | |
| 330. (X) Trust #3--Fidelity Account #2 IRA Rollover | | | | | | | | | |
| 331. | | | | | | | | | |
| 332. -Ishares Core S&P 500 | A | Dividend | K | T | | | | | |
| 333. -Ishare Russell 2000 | A | Dividend | J | T | | | | | |
| 334. -WisdomTree Japan Hedge EQT | A | Dividend | J | T | | | | | |
| 335. -Am Centruy RE Inv CL | A | Dividend | J | T | | | | | |
| 336. -Columbia Acorn CL A | A | Dividend | J | T | | | | | |
| 337. -DWS Global Hi Inc CL A | A | Dividend | J | T | | | | | |
| 338. -Eaton Vance Floating Rate FD CL A | A | Dividend | J | T | | | | | |
| 339. -Goldman Sachs Strg Inc FD Instl | A | Dividend | K | T | | | | | |
| 340. -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Oppenheimer Dev Mkts FD CL A | A | Dividend | J | T | | | | | |
| 342. -Pimco Emer Mkts BD Instl | A | Dividend | J | T | | | | | |
| 343. -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | | | | | |
| 344. -Templeton Global BD CL A | A | Dividend | K | T | | | | | |
| 345. -Voya Global RE CL A | A | Dividend | J | T | | | | | |
| 346. -Fidelity Cash Reserves | A | Dividend | K | T | Distributed (part) | 12/24/14 | J | A | |
| 347. | | | | | | | | | |
| 348. (X) Trust#3- Schwab Account | | | | | | | | | |
| 349. | | | | | | | | | |
| 350. -AT&T | | None | J | T | | | | | |
| 351. -Cisco Sys Inc | | None | J | T | | | | | |
| 352. -Coca Cola Co | A | Dividend | J | T | | | | | |
| 353. -Deutsche ETF XTRAK MSCI EAFE | A | Dividend | J | T | | | | | |
| 354. -Duke Energy Corp Com | A | Dividend | J | T | | | | | |
| 355. -Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 356. -General Electric Co | | None | J | T | | | | | |
| 357. -Home Depot Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Intel Corp | A | Dividend | J | T | | | | | |
| 359.  -Ishares Core S&P 500 | A | Dividend | J | T | | | | | |
| 360.  -Ishares Russell 200 | A | Dividend | J | T | | | | | |
| 361.  -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 362.  -JPMorgan Chase | | None | J | T | | | | | |
| 363.  -Kraft Foods Group Inc Com NPV | | None | J | T | | | | | |
| 364.  -Lowes Companies | | None | J | T | | | | | |
| 365.  -Microsoft Corp | A | Dividend | J | T | | | | | |
| 366.  -Proter & Gamble Co | | None | J | T | | | | | |
| 367.  -Spectra Energy Corp Com | A | Dividend | J | T | | | | | |
| 368.  -Teco Energy Inc | A | Dividend | J | T | | | | | |
| 369.  -UnitedHealth Group | A | Dividend | J | T | | | | | |
| 370.  -Walmart Stores Inc. | | None | J | T | | | | | |
| 371.  -WisdomTree Trust Japan Hedge Eqt | A | Dividend | J | T | | | | | |
| 372.  -Am Century RE Inv Cl | A | Dividend | J | T | | | | | |
| 373.  -Am FD Ltd Term Tax Exempt BD FD of Am | A | Dividend | J | T | | | | | |
| 374.  -Am FD Am Mutual FD CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Am FD Balanced FD CL A | B | Dividend | J | T | | | | | |
| 376. -Am FD Cap Inc Bldr CL A | A | Dividend | J | T | | | | | |
| 377. -Am FD Fundamental Inv FD CL A | A | Dividend | J | T | | | | | |
| 378. -Am FD Global Bal FD A | B | Dividend | J | T | | | | | |
| 379. -Am FD Growth FD of AM CL A | C | Dividend | J | T | | | | | |
| 380. -AM FD Inc FD of Am CL A | A | Dividend | J | T | | | | | |
| 381. -Am FD Inv Co of Am CL A | B | Dividend | J | T | | | | | |
| 382. -Columbia Acorn CLA | B | Dividend | J | T | | | | | |
| 383. -DWS Global High Inc CL A | A | Dividend | J | T | | | | | |
| 384. -Eaton Vance Floating Rate FD CL A | A | Dividend | J | T | | | | | |
| 385. -Goldman Sachs Strg Inc FD Instl | A | Dividend | J | T | | | | | |
| 386. -JPMorgan Incm Builder FD A | A | Dividend | J | T | | | | | |
| 387. -JPMorgan Value Advantage CL A | A | Dividend | J | T | | | | | |
| 388. -Oppenheimer Dev Mkt FD CL A | A | Dividend | J | T | | | | | |
| 389. -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | | | | | |
| 390. -Pimco Emerg Mkts BD Instl | A | Dividend | J | T | | | | | |
| 391. -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -RS Global Natural Resources FD | A | Dividend | J | T | | | | | |
| 393. -Templeton Global BD CL A | C | Dividend | J | T | | | | | |
| 394. -Voya Global RE CL A | A | Dividend | J | T | | | | | |
| 395. -Schwab Adv Cash Reserve Prem | A | Interest | K | T | Distributed (part) | 12/31/14 | K | | |
| 396. | | | | | | | | | |
| 397. (X) Trust #3--Raymond James Account | | | | | | | | | |
| 398. | | | | | Closed | 12/31/14 | J | | |
| 399. -JP Morgan Chase & Co | | None | | | Distributed | 10/30/14 | J | | |
| 400. -Am Balanced FD CL A | A | Dividend | | | Distributed | 10/30/14 | K | | |
| 401. -Am Global Bal FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 402. -Am Mutual FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 403. -Cap Inc Builder FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 404. -Fundamental Inv FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 405. -Growth FD of AM CL A | | None | | | Distributed | 10/30/14 | K | | |
| 406. -Inc FD of Am CL A | A | Dividend | | | Distributed | 10/30/14 | K | | |
| 407. -Inv Co of Am CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 408. -JPMorgan Value Advantage FD CL A | | None | | | Distributed | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -JPMorgan Inc Builder FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 410. -Ltd Term Tax Exempt BD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 411. -RS Global Natural Resources TESTAMENTARY TRUST #2 ACCOUNTS-trustee | | None | | | Distributed | 10/30/14 | J | | |
| 412. -Raymond James Bank Deposit Program | A | Interest | | | Distributed (part) | 10/30/14 | J | | |
| 413. | | | | | Distributed | 11/07/14 | J | | |
| 414. | | | | | | | | | |
| 415. (X) TRUST #4-ACCOUNTS-Trustee | | | | | | | | | |
| 416. | | | | | | | | | |
| 417. (X) Trust #4--Fidelity Account #1 | | | | | | | | | |
| 418. | | | | | Closed | 10/31/14 | J | | |
| 419. | | | | | | | | | |
| 420. -AT&T | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 421. -Cisco Sys Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 422. -Coca Cola Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 423. -Deutsche ETF XTRAK MSCI EAFE | | None | | | Distributed | 10/29/14 | J | | |
| 424. -Duke Energy Corp Com | A | Dividend | | | Distributed | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 66

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

08/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. -Exxon Mobil Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 426. -General Electric Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 427. -Home Depot Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 428. -Intel Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 429. -Ishares Core S&P 500 | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 430. -Ishares Russell 200 | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 431. -Johnson & Johnson | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 432. -Kraft Foods Group Inc Com NPV | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 433. -Lowes Companies | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 434. -Microsoft Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 435. -Proter & Gamble Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 436. -Spectra Energy Corp Com | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 437. -Teco Energy Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 438. -UnitedHealth Group | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 439. -Walmart Stores Inc. | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 440. -WisdomTree Trust Japan Hedge Eqt | | None | | | Distributed | 10/29/14 | J | | |
| 441. -Am Century RE Inv Cl | A | Dividend | | | Distributed | 10/29/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 66

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

08/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. -Columbia Acorn CLA | | None | | | Distributed | 10/29/14 | J | | |
| 443. -DWS Global High Inc CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 444. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 445. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 446. -Oppenheimer Dev Mkt FD CL A | | None | | | Distributed | 10/29/14 | J | | |
| 447. -Oppenheimer Intl Sm Co CL A | | None | | | Distributed | 10/29/14 | J | | |
| 448. -Pimco Emerg Mkts BD Instl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 449. -Pimco Commodities Plus Strat CL D | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 450. -Templeton Global BD CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 451. -Voya Global RE CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 452. -Fidelity Municipal M Mkt | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 453. | | | | | | | | | |
| 454. (X) Trust#4--Fidelity Account #2 IRA Rollover | | | | | | | | | |
| 455. | | | | | | | | | |
| 456. -Ishares Core S&P 500 | A | Dividend | K | T | | | | | |
| 457. -Ishare Russell 2000 | A | Dividend | J | T | | | | | |
| 458. -WisdomTree Japan Hedge EQT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 66

**Name of Person Reporting**

Magner, Elizabeth W.

**Date of Report**

08/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459.  -Am Centruy RE Inv CL | A | Dividend | J | T | | | | | |
| 460.  -Columbia Acorn CL A | A | Dividend | J | T | | | | | |
| 461.  -DWS Global Hi Inc CL A | A | Dividend | J | T | | | | | |
| 462.  -Eaton Vance Floating Rate FD CL A | A | Dividend | J | T | | | | | |
| 463.  -Goldman Sachs Strg Inc FD Instl | A | Dividend | K | T | | | | | |
| 464.  -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | | | | | |
| 465.  -Oppenheimer Dev Mkts FD CL A | A | Dividend | J | T | | | | | |
| 466.  -Pimco Emer Mkts BD Instl | A | Dividend | J | T | | | | | |
| 467.  -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | | | | | |
| 468.  -Templeton Global BD CL A | A | Dividend | K | T | | | | | |
| 469.  -Voya Global RE CL A | A | Dividend | J | T | | | | | |
| 470.  -Fidelity Cash Reserves | A | Dividend | K | T | Distributed (part) | 12/24/14 | J | A | |
| 471. | | | | | | | | | |
| 472.  (X) Trust#4-Schwab Account | | | | | | | | | |
| 473. | | | | | | | | | |
| 474.  -AT&T | | None | J | T | | | | | |
| 475.  -Cisco Sys Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 66

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

08/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 476. -Coca Cola Co | A | Dividend | J | T | | | | | |
| 477. -Deutsche ETF XTRAK MSCI EAFE | A | Dividend | J | T | | | | | |
| 478. -Duke Energy Corp Com | A | Dividend | J | T | | | | | |
| 479. -Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 480. -General Electric Co | | None | J | T | | | | | |
| 481. -Home Depot Inc | A | Dividend | J | T | | | | | |
| 482. -Intel Corp | A | Dividend | J | T | | | | | |
| 483. -Ishares Core S&P 500 | A | Dividend | J | T | | | | | |
| 484. -Ishares Russell 200 | A | Dividend | J | T | | | | | |
| 485. -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 486. -JPMorgan Chase | | None | J | T | | | | | |
| 487. -Kraft Foods Group Inc Com NPV | | None | J | T | | | | | |
| 488. -Lowes Companies | | None | J | T | | | | | |
| 489. -Microsoft Corp | A | Dividend | J | T | | | | | |
| 490. -Proter & Gamble Co | | None | J | T | | | | | |
| 491. -Spectra Energy Corp Com | A | Dividend | J | T | | | | | |
| 492. -Teco Energy Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 66

**Name of Person Reporting**

Magner, Elizabeth W.

**Date of Report**

08/17/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 493. -UnitedHealth Group | A | Dividend | J | T | | | | | |
| 494. -Walmart Stores Inc. | | None | J | T | | | | | |
| 495. -WisdomTree Trust Japan Hedge Eqt | A | Dividend | J | T | | | | | |
| 496. -Am Century RE Inv Cl | A | Dividend | J | T | | | | | |
| 497. -Am FD Ltd Term Tax Exempt BD FD of Am | A | Dividend | J | T | | | | | |
| 498. -Am FD Am Mutual FD CL A | A | Dividend | J | T | | | | | |
| 499. -Am FD Balanced FD CL A | B | Dividend | J | T | | | | | |
| 500. -Am FD Cap Inc Bldr CL A | A | Dividend | J | T | | | | | |
| 501. -Am FD Fundamental Inv FD CL A | A | Dividend | J | T | | | | | |
| 502. -Am FD Global Bal FD A | B | Dividend | J | T | | | | | |
| 503. -Am FD Growth FD of AM CL A | C | Dividend | J | T | | | | | |
| 504. -AM FD Inc FD of Am CL A | A | Dividend | K | T | | | | | |
| 505. -Am FD Inv Co of Am CL A | B | Dividend | J | T | | | | | |
| 506. -Columbia Acorn CLA | B | Dividend | J | T | | | | | |
| 507. -DWS Global High Inc CL A | A | Dividend | J | T | | | | | |
| 508. -Eaton Vance Floating Rate FD CL A | A | Dividend | J | T | | | | | |
| 509. -Goldman Sachs Strg Inc FD Instl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510.  -JPMorgan Incm Builder FD A | A | Dividend | J | T | | | | | |
| 511.  -JPMorgan Value Advantage CL A | A | Dividend | J | T | | | | | |
| 512.  -Oppenheimer Dev Mkt FD CL A | A | Dividend | J | T | | | | | |
| 513.  -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | | | | | |
| 514.  -Pimco Emerg Mkts BD Instl | A | Dividend | J | T | | | | | |
| 515.  -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | | | | | |
| 516.  -RS Global Natural Resources FD | A | Dividend | J | T | | | | | |
| 517.  -Templeton Global BD CL A | C | Dividend | J | T | | | | | |
| 518.  -Voya Global RE CL A | A | Dividend | J | T | | | | | |
| 519.  -Schwab Adv Cash Reserve Prem | A | Interest | K | T | Distributed (part) | 12/31/14 | J | A | |
| 520. | | | | | | | | | |
| 521.  (X) Trust #4--Raymond James Account | | | | | | | | | |
| 522. | | | | | Closed | 12/31/14 | J | | |
| 523.  -JP Morgan Chase & Co | | None | | | Distributed | 11/10/14 | J | | |
| 524.  -Am Balanced FD CL A | A | Dividend | | | Distributed | 11/10/14 | K | | |
| 525.  -Am Global Bal FD CL A | A | Dividend | | | Distributed | 11/10/14 | J | | |
| 526.  -Am Mutual FD CL A | A | Dividend | | | Distributed | 11/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

08/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527.  -Cap Inc Builder FD CL A | A | Dividend | | | Distributed | 11/10/14 | J | | |
| 528.  -Fundamental Inv FD CL A | A | Dividend | | | Distributed | 11/10/14 | J | | |
| 529.  -Growth FD of AM CL A | | None | | | Distributed | 11/10/14 | K | | |
| 530.  -Inc FD of Am CL A | A | Dividend | | | Distributed | 11/10/14 | K | | |
| 531.  -Inv Co of Am CL A | A | Dividend | | | Distributed | 11/10/14 | J | | |
| 532.  -JPMorgan Value Advantage FD CL A | | None | | | Distributed | 11/10/14 | J | | |
| 533.  -JPMorgan Inc Builder FD CL A | A | Dividend | | | Distributed | 11/10/14 | J | | |
| 534.  -Ltd Term Tax Exempt BD CL A | A | Dividend | | | Distributed | 11/10/14 | J | | |
| 535.  -RS Global Natural Resources TESTAMENTARY TRUST #2 ACCOUNTS-trustee | | None | | | Distributed | 11/10/14 | J | | |
| 536.  -Raymond James Bank Deposti Program | A | Interest | | | Distributed (part) | 11/10/14 | J | | |
| 537. | | | | | Distributed | 11/10/14 | J | | |
| 538. | | | | | | | | | |
| 539.  (X) TRUST # 5-ACCOUNTS-Trustee | | | | | | | | | |
| 540. | | | | | | | | | |
| 541.  (X) Trust #5--Fidelity Account #1 | | | | | | | | | |
| 542. | | | | | Closed | 10/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 66

Name of Person Reporting

Magner, Elizabeth W.

Date of Report

08/17/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 543. | | | | | | | | | |
| 544. -AT&T | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 545. -Cisco Sys Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 546. -Coca Cola Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 547. -Deutsche ETF XTRAK MSCI EAFE | | None | | | Distributed | 10/29/14 | J | | |
| 548. -Duke Energy Corp Com | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 549. -Exxon Mobil Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 550. -General Electric Co | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 551. -Home Depot Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 552. -Intel Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 553. -Ishares Core S&P 500 | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 554. -Ishares Russell 200 | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 555. -Johnson & Johnson | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 556. -Kraft Foods Group Inc Com NPV | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 557. -Lowes Companies | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 558. -Microsoft Corp | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 559. -Proter & Gamble Co | A | Dividend | | | Distributed | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Magner, Elizabeth W.

Date of Report: 08/17/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 560. -Spectra Energy Corp Com | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 561. -Teco Energy Inc | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 562. -UnitedHealth Group | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 563. -Walmart Stores Inc. | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 564. -WisdomTree Trust Japan Hedge Eqt | | None | | | Distributed | 10/29/14 | J | | |
| 565. -Am Century RE Inv Cl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 566. -Columbia Acorn CLA | | None | | | Distributed | 10/29/14 | J | | |
| 567. -DWS Global High Inc CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 568. -Eaton Vance Floating Rate FD CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 569. -Goldman Sachs Strg Inc FD Instl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 570. -Oppenheimer Dev Mkt FD CL A | | None | | | Distributed | 10/29/14 | J | | |
| 571. -Oppenheimer Intl Sm Co CL A | | None | | | Distributed | 10/29/14 | J | | |
| 572. -Pimco Emerg Mkts BD Instl | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 573. -Pimco Commodities Plus Strat CL D | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 574. -Templeton Global BD CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 575. -Voya Global RE CL A | A | Dividend | | | Distributed | 10/29/14 | J | | |
| 576. -Fidelity Municipal M Mkt | A | Dividend | | | Distributed | 10/29/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 577. | | | | | | | | | |
| 578. (X)Trust#5-Testamentary Trust #C-Fidelity Account #2 IRA Rollover | | | | | | | | | |
| 579. | | | | | | | | | |
| 580. -Ishares Core S&P 500 | A | Dividend | K | T | | | | | |
| 581. -Ishare Russell 2000 | A | Dividend | J | T | | | | | |
| 582. -WisdomTree Japan Hedge EQT | A | Dividend | J | T | | | | | |
| 583. -Am Centruy RE Inv CL | A | Dividend | J | T | | | | | |
| 584. -Columbia Acorn CL A | A | Dividend | J | T | | | | | |
| 585. -DWS Global Hi Inc CL A | A | Dividend | J | T | | | | | |
| 586. -Eaton Vance Floating Rate FD CL A | A | Dividend | J | T | | | | | |
| 587. -Goldman Sachs Strg Inc FD Instl | A | Dividend | K | T | | | | | |
| 588. -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | | | | | |
| 589. -Oppenheimer Dev Mkts FD CL A | A | Dividend | J | T | | | | | |
| 590. -Pimco Emer Mkts BD Instl | A | Dividend | J | T | | | | | |
| 591. -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | | | | | |
| 592. -Templeton Global BD CL A | A | Dividend | K | T | | | | | |
| 593. -Voya Global RE CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 594.  -Fidelity Cash Reserves | A | Dividend | K | T | Distributed (part) | 12/24/14 | J | A | |
| 595. | | | | | | | | | |
| 596.  (X) Trust#5- Schwab Account | | | | | | | | | |
| 597. | | | | | | | | | |
| 598.  -AT&T | | None | J | T | | | | | |
| 599.  -Cisco Sys Inc | | None | J | T | | | | | |
| 600.  -Coca Cola Co | A | Dividend | J | T | | | | | |
| 601.  -Deutsche ETF XTRAK MSCI EAFE | A | Dividend | J | T | | | | | |
| 602.  -Duke Energy Corp Com | A | Dividend | J | T | | | | | |
| 603.  -Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 604.  -General Electric Co | | None | J | T | | | | | |
| 605.  -Home Depot Inc | A | Dividend | J | T | | | | | |
| 606.  -Intel Corp | A | Dividend | J | T | | | | | |
| 607.  -Ishares Core S&P 500 | A | Dividend | J | T | | | | | |
| 608.  -Ishares Russell 200 | A | Dividend | J | T | | | | | |
| 609.  -Johnson & Johnson | A | Dividend | J | T | | | | | |
| 610.  -JPMorgan Chase | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 611. -Kraft Foods Group Inc Com NPV | | None | J | T | | | | | |
| 612. -Lowes Companies | | None | J | T | | | | | |
| 613. -Microsoft Corp | A | Dividend | J | T | | | | | |
| 614. -Proter & Gamble Co | | None | J | T | | | | | |
| 615. -Spectra Energy Corp Com | A | Dividend | J | T | | | | | |
| 616. -Teco Energy Inc | A | Dividend | J | T | | | | | |
| 617. -UnitedHealth Group | A | Dividend | J | T | | | | | |
| 618. -Walmart Stores Inc. | | None | J | T | | | | | |
| 619. -WisdomTree Trust Japan Hedge Eqt | A | Dividend | J | T | | | | | |
| 620. -Am Century RE Inv Cl | A | Dividend | J | T | | | | | |
| 621. -Am FD Ltd Term Tax Exempt BD FD of Am | A | Dividend | J | T | | | | | |
| 622. -Am FD Am Mutual FD CL A | A | Dividend | J | T | | | | | |
| 623. -Am FD Balanced FD CL A | B | Dividend | K | T | | | | | |
| 624. -Am FD Cap Inc Bldr CL A | A | Dividend | J | T | | | | | |
| 625. -Am FD Fundamental Inv FD CL A | A | Dividend | J | T | | | | | |
| 626. -Am FD Global Bal FD A | B | Dividend | J | T | | | | | |
| 627. -Am FD Growth FD of AM CL A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 628.  -AM FD Inc FD of Am CL A | A | Dividend | K | T | | | | | |
| 629.  -Am FD Inv Co of Am CL A | B | Dividend | J | T | | | | | |
| 630.  -Columbia Acorn CLA | B | Dividend | J | T | | | | | |
| 631.  -DWS Global High Inc CL A | A | Dividend | J | T | | | | | |
| 632.  -Eaton Vance Floating Rate FD CL A | A | Dividend | J | T | | | | | |
| 633.  -Goldman Sachs Strg Inc FD Instl | A | Dividend | J | T | | | | | |
| 634.  -JPMorgan Incm Builder FD A | A | Dividend | J | T | | | | | |
| 635.  -JPMorgan Value Advantage CL A | A | Dividend | J | T | | | | | |
| 636.  -Oppenheimer Dev Mkt FD CL A | A | Dividend | J | T | | | | | |
| 637.  -Oppenheimer Intl Sm Co CL A | A | Dividend | J | T | | | | | |
| 638.  -Pimco Emerg Mkts BD Instl | A | Dividend | J | T | | | | | |
| 639.  -Pimco Commodities Plus Strat CL D | A | Dividend | J | T | | | | | |
| 640.  -RS Global Natural Resources FD | A | Dividend | J | T | | | | | |
| 641.  -Templeton Global BD CL A | C | Dividend | J | T | | | | | |
| 642.  -Voya Global RE CL A | A | Dividend | J | T | | | | | |
| 643.  -Schwab Adv Cash Reserve Prem | A | Interest | K | T | Distributed (part) | 12/31/14 | J | A | |
| 644. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 645. (X) Trust #5--Raymond James Account | | | | | | | | | |
| 646. | | | | | Closed | 12/31/14 | | | |
| 647. -JP Morgan Chase & Co | | None | | | Distributed | 10/30/14 | J | | |
| 648. -Am Balanced FD CL A | A | Dividend | | | Distributed | 10/30/14 | K | | |
| 649. -Am Global Bal FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 650. -Am Mutual FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 651. -Cap Inc Builder FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 652. -Fundamental Inv FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 653. -Growth FD of AM CL A | | None | | | Distributed | 10/30/14 | K | | |
| 654. -Inc FD of Am CL A | A | Dividend | | | Distributed | 10/30/14 | K | | |
| 655. -Inv Co of Am CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 656. -JPMorgan Value Advantage FD CL A | | None | | | Distributed | 10/30/14 | J | | |
| 657. -JPMorgan Inc Builder FD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 658. -Ltd Term Tax Exempt BD CL A | A | Dividend | | | Distributed | 10/30/14 | J | | |
| 659. -RS Global Natural Resources TESTAMENTARY TRUST #2 ACCOUNTS-trustee | | None | | | Distributed | 10/30/14 | J | | |
| 660. -Raymond James Bank Deposti Program | A | Interest | | | Distributed (part) | 10/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

    **Magner, Elizabeth W.**     08/17/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 661. | | | | | Distributed | 11/07/14 | J | | |
| 662. | | | | | | | | | |
| 663. (X)Trust #6- ACCOUNTS-income, principal and Trustee | | | | | Closed | 10/15/14 | J | | |
| 664. | | | | | | | | | |
| 665. - (X) Trust #6- Raymond James Account #1 | | | | | Closed | 10/01/14 | J | | |
| 666. | | | | | | | | | |
| 667. -Aetna Inc | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 668. -Allstate Corp | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 669. -Bristol Myers Squibb Co | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 670. -Cardinal Health Inc | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 671. -Exxon Mobil Corp | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 672. -Fidus Invt Corp | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 673. -General Electric Co | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 674. -Intel Corp | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 675. -Linnco LLC Comshs Ltd Int | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 676. -Marriott Intern Inc. New CL A | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 677. -Microchip Tech Inc | A | Dividend | | | Distributed | 08/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     | Name of Person Reporting | Date of Report |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 678. -LyondellBasell Ind N V Shs A | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 679. -Genesis Energy LP Unit Ltd P | A | Royalty | | | Distributed | 08/11/14 | J | | |
| 680. -Health Care REIT Inc | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 681. -Markwest Energy Partners L P Unit Ltd P | | None | | | Distributed | 05/07/14 | J | | |
| 682. -Teekay Lng Partners LP Prtnrsp units | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 683. Raymond James Bank Dep program | A | Interest | | | Distributed (part) | 08/12/14 | M | | |
| 684. | | | | | Distributed | 10/15/14 | J | | |
| 685. | | | | | | | | | |
| 686. -(X)Trust #6- Raymond James Account #2 | | | | | Closed | 12/31/14 | J | | |
| 687. | | | | | | | | | |
| 688. -JP Morgan Chase Co | A | Dividend | | | Distributed | 08/14/14 | L | | |
| 689. -American Balanced FD CL A | A | Dividend | | | Distributed | 08/14/14 | M | | |
| 690. -Am Global Balanced FD CL A | | None | | | Distributed | 08/14/14 | L | | |
| 691. -Capital Inc Builder FD CL A | A | Dividend | | | Distributed (part) | 08/14/14 | M | | |
| 692. | | | | | Distributed | 08/29/14 | J | | |
| 693. -Fundamental Investors FD CL A | A | Dividend | | | Distributed | 08/14/14 | K | | |
| 694. -Growth FD of AM CL A | | None | | | Distributed | 08/14/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 695. -Inc FD of Am CL A | B | Dividend | | | Distributed (part) | 08/14/14 | M | | |
| 696. | | | | | Distributed | 08/29/14 | K | | |
| 697. -Inv Co of AM CLA | A | Dividend | | | Distributed | 08/14/14 | M | | |
| 698. -JPMorgan Value Advantage FD CLA | | None | | | Distributed | 08/14/14 | J | | |
| 699. -JPMorgan Inc Builder FD CL A | B | Dividend | | | Distributed | 08/14/14 | K | | |
| 700. -Ltd Term Tax Exempt BD CL A | B | Dividend | | | Distributed | 08/14/14 | L | | |
| 701. -RS Global Natural Resources FD CL A | | None | | | Distributed | 08/14/14 | K | | |
| 702. -Helios Multi Sec Hi Inc FD Inc Com Lots 1-34 | A | Dividend | | | Distributed (part) | 08/11/14 | M | | |
| 703. -De Soto Parish La Sch Brd Sales & Use Tax, Sales Tax Bds, Ser 2012 | A | Interest | | | Distributed | 08/11/14 | K | | |
| 704. -Ascension Parish La Parishwide Sch Dist, GO Bds 2003 | A | Interest | | | Closed | 06/24/14 | J | | |
| 705. -La Loc Govt Env FACS & Comnty Dev Auth Rev, Rev Bds, La Tech Unv 20 | A | Interest | | | Distributed | 08/12/14 | J | | |
| 706. -La Loc Govt Envir FACS & ComnDev Auth Ser 2011 | A | Interest | | | Distributed | 08/12/14 | K | | |
| 707. -La Pub Facs Auth of NO, ser 2011 | A | Interest | | | Sold | 08/11/14 | K | A | |
| 708. -LSU BD Supervisors Rev SER 2010A | B | Interest | | | Distributed | 08/12/14 | L | | |
| 709. -LSU Bd of Supervisors Rev Ser 2012 | B | Interest | | | Distributed | 08/12/14 | L | | |
| 710. -Orleans Parish Sch Dist, G O Bds Ser 2010 | B | Interest | | | Distributed | 08/12/14 | L | | |
| 711. -Raymond James Bank Deposit Program | A | Interest | | | Distributed (part) | 08/12/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT
| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 712. | | | | | Distributed | 11/28/14 | J | | |
| 713. | | | | | | | | | |
| 714. - (X)Trust #6- Fidelity Account | | | | | Closed | 12/31/14 | | | |
| 715. | | | | | | | | | |
| 716. -AT&T Inc Com | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 717. | | | | | Distributed (part) | 07/30/14 | J | | |
| 718. | | | | | Distributed | 08/11/14 | J | | |
| 719. -Cisco Sys Inc | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 720. | | | | | Distributed (part) | 07/30/14 | J | | |
| 721. | | | | | Distributed | 08/11/14 | J | | |
| 722. -Coca Cola Co | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 723. | | | | | Distributed (part) | 07/30/14 | J | | |
| 724. | | | | | Distributed | 08/11/14 | J | | |
| 725. -DBX ETF TR XTRAK MSCI EAFE | B | Dividend | | | Distributed (part) | 07/29/14 | L | | |
| 726. | | | | | Distributed (part) | 07/30/14 | K | | |
| 727. | | | | | Distributed | 08/11/14 | J | | |
| 728. -Duke Energy Corp Com | B | Dividend | | | Distributed (part) | 07/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS –– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 729. | | | | | Distributed (part) | 07/30/14 | J | | |
| 730. | | | | | Distributed | 08/11/14 | J | | |
| 731. -Exxon Mobil Corp | C | Dividend | | | Distributed (part) | 07/29/14 | K | | |
| 732. | | | | | Distributed (part) | 07/30/14 | J | | |
| 733. | | | | | Distributed | 08/11/14 | J | | |
| 734. -General Electric Co | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 735. | | | | | Distributed (part) | 07/30/14 | J | | |
| 736. | | | | | Distributed | 08/11/14 | J | | |
| 737. -Home Depot | A | Dividend | | | Distributed (part) | 07/29/14 | K | | |
| 738. | | | | | Distributed (part) | 07/30/14 | J | | |
| 739. | | | | | Distributed | 08/11/14 | J | | |
| 740. -Intel Corp | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 741. | | | | | Distributed (part) | 07/30/14 | J | | |
| 742. | | | | | Distributed | 08/11/14 | J | | |
| 743. -Ishares Core S&P 500 | A | Dividend | | | Distributed (part) | 07/29/14 | M | | |
| 744. | | | | | Distributed | 07/29/14 | K | | |
| 745. -Ishares 20+ Yr Treas BD | A | Dividend | | | Distributed | 08/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 746. -Ishares Russell 2000 EFT | A | Dividend | | | Distributed (part) | 07/29/14 | K | | |
| 747. | | | | | Distributed (part) | 07/30/14 | J | | |
| 748. | | | | | Distributed | 08/11/14 | J | | |
| 749. -Johnson & Johnson | C | Dividend | | | Distributed (part) | 07/29/14 | K | | |
| 750. | | | | | Distributed (part) | 07/30/14 | J | | |
| 751. | | | | | Distributed | 08/11/14 | J | | |
| 752. -Kraft Foods Grp Inc Comm NPV | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 753. | | | | | Distributed (part) | 07/30/14 | J | | |
| 754. | | | | | Distributed | 08/11/14 | J | | |
| 755. -Lowes Companies | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 756. | | | | | Distributed (part) | 07/30/14 | J | | |
| 757. | | | | | Distributed | 08/11/14 | J | | |
| 758. - Microsoft Corp | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 759. | | | | | Distributed (part) | 07/30/14 | J | | |
| 760. | | | | | Distributed | 08/11/14 | J | | |
| 761. -Procter & Gamble Co | A | Dividend | | | Distributed (part) | 07/29/14 | K | | |
| 762. | | | | | Distributed (part) | 07/30/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 763. | | | | | Distributed | 08/11/14 | J | | |
| 764. -Spectra Energy Corp Com | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 765. | | | | | Distributed (part) | 07/30/14 | J | | |
| 766. | | | | | Distributed | 08/11/14 | J | | |
| 767. -TECO Energy Inc. | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 768. | | | | | Distributed (part) | 07/30/14 | J | | |
| 769. | | | | | Distributed | 08/11/14 | J | | |
| 770. -UnitedHealth Grp | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 771. | | | | | Distributed (part) | 07/30/14 | J | | |
| 772. | | | | | Distributed | 08/11/14 | J | | |
| 773. -Vanguard Ind FDS Vanguard REIT ETF | A | Dividend | | | Distributed | 08/11/14 | J | | |
| 774. -Walmart Stores Inc | B | Dividend | | | Distributed (part) | 07/29/14 | K | | |
| 775. | | | | | Distributed (part) | 07/30/14 | J | | |
| 776. | | | | | Distributed | 08/11/14 | J | | |
| 777. -WisdomTree Trust Japan Hedge Eqt | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 778. | | | | | Distributed (part) | 07/30/14 | J | | |
| 779. | | | | | Distributed | 08/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 780.   -Am Centruy RE Inv CL | A | Dividend | | | Distributed | 07/29/14 | J | | |
| 781.   -Columbia Acorn CL A | A | Distribution | | | Distributed | 07/30/14 | J | | |
| 782. | | | | | Distributed | 07/30/14 | J | | |
| 783.   -DWS Global Hi Inc CL A | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 784. | | | | | Distributed | 07/30/14 | J | | |
| 785.   -Eaton Vance Flting Rate FD CL A | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 786. | | | | | Distributed | 07/30/14 | J | | |
| 787.   -Goldman Sachs Strg Inc FD Instl | C | Dividend | | | Distributed (part) | 07/29/14 | L | | |
| 788. | | | | | Distributed | 07/30/14 | K | | |
| 789.   -ING Global RE CL A (Voya Global RE CL A) | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 790. | | | | | Distributed | 07/30/14 | J | | |
| 791.   -Oppenheimer Intl Sm Co CL A | | None | | | Distributed (part) | 07/29/14 | J | | |
| 792. | | | | | Distributed | 07/30/14 | J | | |
| 793.   -Oppenheimer Dev Mkt FD CL A | | None | | | Distributed (part) | 07/29/14 | K | | |
| 794. | | | | | Distributed | 07/30/14 | J | | |
| 795.   -Pimco Emerging Mkt BD Instl | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 796. | | | | | Distributed | 07/30/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000    E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 797. -Pimco Commodities Plus Strategy Cl D | A | Dividend | | | Distributed (part) | 07/29/14 | J | | |
| 798. | | | | | Distributed | 07/30/14 | J | | |
| 799. -Templeton Global BD CL A | D | Dividend | | | Distributed (part) | 07/29/14 | M | | |
| 800. | | | | | Distributed (part) | 07/30/14 | J | | |
| 801. | | | | | Sold | 08/07/14 | J | | |
| 802. -Fidelity Municipal M Mkt | A | Dividend | J | T | Distributed (part) | 07/29/14 | L | | |
| 803. | | | | | Distributed (part) | 07/30/14 | K | | |
| 804. | | | | | Distributed (part) | 08/11/14 | J | | |
| 805. | | | | | | | | | |
| 806. | | | | | | | | | |
| 807. (X) RAYMOND JAMES IRA ACCOUNT- beneficiary | | | | | Closed | 12/31/14 | J | | |
| 808. | | | | | | | | | |
| 809. -American Mutual FD CL A | A | Dividend | | | Distributed | 08/28/14 | K | | |
| 810. -Capital Inc Builder FD CL A | A | Dividend | | | Distributed | 08/28/14 | J | | |
| 811. -Inc FD of Am CL A | A | Dividend | | | Distributed | 08/28/14 | J | | |
| 812. | | | | | | | | | |
| 813. (X) FIDELITY IRA ACCOUNT-beneficiary | | | | | Closed | 12/31/14 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 814. | | | | | | | | | |
| 815. -Am Century RE Inv CL | A | Dividend | | | Distributed (part) | 05/23/14 | J | | |
| 816. | | | | | Distributed (part) | 06/06/14 | J | | |
| 817. | | | | | Distributed | 07/31/14 | J | | |
| 818. -Columbia Acorn Cl A | A | Dividend | | | Distributed (part) | 05/23/14 | K | | |
| 819. | | | | | Distributed (part) | 06/06/14 | K | | |
| 820. | | | | | Distributed | 07/31/14 | K | | |
| 821. -DWS Global Hi Inc CL A | A | Dividend | | | Distributed (part) | 05/23/14 | K | | |
| 822. | | | | | Distributed (part) | 06/06/14 | J | | |
| 823. | | | | | Distributed | 07/31/14 | J | | |
| 824. -Eaton Vance Flting Rate FD CL A | A | Dividend | | | Distributed (part) | 05/23/14 | J | | |
| 825. | | | | | Distributed (part) | 06/06/14 | J | | |
| 826. | | | | | Distributed | 07/31/14 | J | | |
| 827. -Goldman Sachs Strg Inc FD Instl | B | Dividend | | | Distributed (part) | 05/23/14 | L | | |
| 828. | | | | | Distributed (part) | 06/06/14 | K | | |
| 829. | | | | | Distributed | 07/31/14 | K | | |
| 830. -ING Global RE CL A (Voya Global RE CL A) | A | Dividend | | | Distributed (part) | 05/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 831. | | | | | Distributed (part) | 06/06/14 | J | | |
| 832. | | | | | Distributed | 07/31/14 | J | | |
| 833. -Ishares Core S&P 500 | B | Dividend | | | Distributed (part) | 05/23/14 | M | | |
| 834. | | | | | Distributed (part) | 06/06/14 | L | | |
| 835. | | | | | Distributed | 07/31/14 | L | | |
| 836. -Ishares Russell 2000 | A | Dividend | | | Distributed (part) | 05/23/14 | K | | |
| 837. | | | | | Distributed (part) | 06/06/14 | K | | |
| 838. | | | | | Distributed | 07/31/14 | K | | |
| 839. -Oppenheimer Intl Sm Co CL A | | None | | | Distributed (part) | 05/23/14 | J | | |
| 840. | | | | | Distributed (part) | 06/06/14 | J | | |
| 841. | | | | | Distributed | 07/31/14 | J | | |
| 842. -Oppenheimer Dev Mkts FD CL A | | | | | Distributed (part) | 05/23/14 | K | | |
| 843. | | | | | Distributed (part) | 06/06/14 | J | | |
| 844. | | | | | Distributed | 07/31/14 | J | | |
| 845. -Pimco Emerging MKTS BD Instl | A | Dividend | | | Distributed (part) | 05/23/14 | J | | |
| 846. | | | | | Distributed (part) | 06/06/14 | J | | |
| 847. | | | | | Distributed | 07/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 848. -Pimco Commodities Plus Strat CL D | A | Dividend | | | Distributed (part) | 05/23/14 | J | | |
| 849. | | | | | Distributed (part) | 06/06/14 | J | | |
| 850. | | | | | Distributed | 07/31/14 | J | | |
| 851. -Templeton Global Bd CL A | C | Dividend | | | Distributed (part) | 05/24/14 | M | | |
| 852. | | | | | Distributed (part) | 06/06/14 | L | | |
| 853. | | | | | Distributed | 07/31/14 | L | | |
| 854. -WisdomTree Trust Japan Hedge EQT | A | Dividend | | | Distributed (part) | 05/23/14 | J | | |
| 855. | | | | | Distributed (part) | 06/06/14 | J | | |
| 856. | | | | | Distributed | 07/31/14 | J | | |
| 857. -Fidelity Cash Reserves | A | Dividend | J | T | Distributed (part) | 05/23/14 | M | | |
| 858. | | | | | Distributed (part) | 06/06/14 | L | | |
| 859. | | | | | Distributed (part) | 07/31/14 | L | | |
| 860. | | | | | Distributed (part) | 08/05/14 | J | | |
| 861. | | | | | | | | | |
| 862. (X) ESTATE ACCOUNTS-Executrix and heir | | | | | | | | | |
| 863. | | | | | | | | | |
| 864. (X) FIDELITY ESTATE ACCOUNT #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Magner, Elizabeth W.

08/17/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 865. | | | | | | | | | |
| 866.  -Ishares Core S&P 500 | C | Dividend | M | T | | | | | |
| 867.  -Ishares Russell 2000 | A | Dividend | K | T | | | | | |
| 868.  -WisdomTree Trust Japan Hedge EQT | B | Dividend | K | T | | | | | |
| 869.  -Am Centrury RE Inv CL | A | Dividend | J | T | | | | | |
| 870.  -Columbia Acorn CL A | D | Dividend | K | T | | | | | |
| 871.  -DWS Global Hi Inc CL A (Deutsche Global Hi Inc FD A) | A | Dividend | K | T | | | | | |
| 872.  -Eaton Vance Flting Rate FD CL A | A | Dividend | J | T | | | | | |
| 873.  -Goldman Sachs Strg Inc FD Instl | A | Dividend | L | T | | | | | |
| 874.  -ING Global RE CL A (Voya Global RE CL A) | A | Dividend | J | T | | | | | |
| 875.  -Oppenheimer Dev Mkts FD CL A | A | Distribution | K | T | | | | | |
| 876.  -Pimco Emerging MKTS Bd Instl | A | Dividend | J | T | | | | | |
| 877.  -Pimco Commodities Plus Strategy CL D | A | Dividend | J | T | | | | | |
| 878.  -Templeton Global BD CL A | D | Dividend | L | T | | | | | |
| 879.  -Fidelity Municipal Money Mkt | A | Dividend | K | T | | | | | |
| 880. | | | | | | | | | |
| 881. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 882. (X) FIDELITY ESTATE ACCOUNT #2 | | | | | | | | | |
| 883. | | | | | | | | | |
| 884. -AT&T Inc | A | Dividend | J | T | | | | | |
| 885. -Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 886. -Coca Cola Co | A | Dividend | J | T | | | | | |
| 887. -Duke Energy Corp Com | A | Dividend | J | T | | | | | |
| 888. -Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 889. -General Electric Co | A | Dividend | J | T | | | | | |
| 890. -Home Depot Inc | A | Dividend | K | T | | | | | |
| 891. -Intel Corp | A | Dividend | J | T | | | | | |
| 892. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 893. -Kraft Foods Group Inc Com NPV | A | Dividend | J | T | | | | | |
| 894. -Lowes Companies | A | Dividend | K | T | | | | | |
| 895. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 896. -Mondelez Intl Inc Com | A | Dividend | K | T | | | | | |
| 897. -Procter & Gamble Co | A | Dividend | L | T | | | | | |
| 898. -Spectra Energy Corp Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

---

**FINANCIAL DISCLOSURE REPORT**

Page 58 of 66

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 899.  -Teco Energy Inc | A | Dividend | J | T | | | | | |
| 900.  -UnitedHealth Group | A | Dividend | K | T | | | | | |
| 901.  -Walmart Stores Inc | A | Dividend | K | T | | | | | |
| 902.  -Fidelity Municipal Money Mkt | A | Dividend | K | T | | | | | |
| 903. | | | | | | | | | |
| 904.  (X) RAYMOND JAMES ESTATE ACCOUNT # 1 | | | | | Closed | 07/25/14 | J | | |
| 905. | | | | | | | | | |
| 906.  -Aetna Inc. | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 907.  -Allstate Corp | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 908.  -Bristol Meyers Squibb Co | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 909.  -Cardinal Health Inc | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 910.  -Exxon Mobil Corp | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 911.  -Fidus Invt corp | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 912.  -General Electric Co | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 913.  -Linnco LLC Comshs Ltd Int | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 914.  -LyondellBasell | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 915.  -Genesis Energy L P Unit Ltd Partnershp | A | Royalty | | | Sold | 07/25/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 916.  -Health Care REIT Inc | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 917.  -Markwest Energy Partners L P Unit Ltd | | None | | | Redeemed | 05/07/14 | J | A | |
| 918.  -Teekay Lng Partners L P Prtnrsp Units | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 919.  -Raymond James Bank Deposit Program | A | Interest | | | Distributed | 07/25/14 | M | | |
| 920. | | | | | | | | | |
| 921.  (X) RAYMOND JAMES ESTATE ACCOUNT #2 | | | | | Closed | 07/08/14 | J | | |
| 922. | | | | | | | | | |
| 923.  -JP Morgan Chase & Co lots 1-3 | A | Dividend | | | Distributed | 07/07/14 | L | | |
| 924.  -Am Balanced FD CL A | A | Dividend | | | Distributed | 07/08/14 | M | | |
| 925.  -Capital Inc Builder FD CL A | A | Dividend | | | Distributed | 07/08/14 | M | | |
| 926.  -Fundamental Investors FD CL A | A | Dividend | | | Distributed | 07/08/14 | K | | |
| 927.  - INC FD of AM CL A | A | Dividend | | | Distributed | 07/08/14 | N | | |
| 928.  -Investment Co of AM CL A | A | Dividend | | | Distributed | 07/08/14 | M | | |
| 929.  -JPMorgan Value Advantage FD CL A | A | Dividend | | | Distributed | 07/08/14 | J | | |
| 930.  -JP Morgan Inc Builder FD CL A | A | Dividend | | | Distributed | 07/08/14 | K | | |
| 931.  -Limited Term Tax Exempt BD CL A | A | Dividend | | | Distributed | 07/08/14 | L | | |
| 932.  -RS Global Natural Resources FD CL A | | None | | | Distributed | 07/08/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 60 of 66 | Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 933. -Ascension Parish La Parishwide Sch Dist GO BDS 2003 | A | Interest | | | Redeemed | 06/24/14 | J | | |
| 934. -Lafayette Parish LA, GO Ref Bds 2012 | A | Interest | | | Distributed | 07/07/14 | L | | |
| 935. -La Loc Govt Enviromnental Facs & Comnty Dev Auth La Tech Univ | A | Interest | | | Distributed | 07/07/14 | J | | |
| 936. -La Loc Govt Environmental Facs & Comnty Dev Rev Bds LCTCS Fac 2011 | A | Interest | | | Distributed | 07/07/14 | K | | |
| 937. -La Pub Facs Auth Rev Bds Loyola Univ of NO 2026 | A | Interest | | | Distributed | 07/07/14 | K | | |
| 938. -La Pub Facs Auth Rev, Roman Catholic Archdiocesse NO 2007 | A | Interest | | | Distributed | 07/07/14 | K | | |
| 939. -LSU Brd Supervisors Rev BDs, 2012/2022 | A | Interest | | | Distributed | 07/07/14 | J | | |
| 940. -LSU Brd Supervisors Rev, BDs 2012/2026 | A | Interest | | | Distributed | 07/07/14 | L | | |
| 941. -Orleans Parish La Parishwide Sch Dist GO Bds 2010 | B | Interest | | | Distributed | 07/07/14 | L | | |
| 942. -Raymond James Bank Deposit Program | A | Interest | | | Distributed | 07/07/14 | K | | |
| 943. | | | | | | | | | |
| 944. | | | | | | | | | |
| 945. (X) RAYMOND JAMES ESTATE ACCOUNT #3 | | | | | | | | | |
| 946. | | | | | | | | | |
| 947. -Aetna Inc | A | Dividend | J | T | | | | | |
| 948. -Allstate Corp | A | Dividend | J | T | | | | | |
| 949. -Bristol Myers Squibb Co | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 950. -Cardinal Health Inc | A | Dividend | J | T | | | | | |
| 951. - Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 952. -Fidus Invt Corp | A | Dividend | J | T | | | | | |
| 953. -General Electric Co | A | Dividend | J | T | | | | | |
| 954. -Genesis Energy L P Unit Ltd Partn | A | Royalty | | | Sold | 11/25/14 | J | A | |
| 955. -Health Care REIT Inc | A | Dividend | J | T | | | | | |
| 956. -JPMorgan Chase & Co | B | Dividend | L | T | | | | | |
| 957. -Linnco LLC Comshs Ltd Int | A | Dividend | | | Sold | 08/24/14 | J | A | |
| 958. -LyondellBassell Indus. NV Shs | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 959. -Teekay LNG Partners L P Prtnrsp Units | A | Dividend | | | Sold | 11/25/14 | J | A | |
| 960. -Am Balanced FD Cl A | D | Dividend | M | T | | | | | |
| 961. -Capital Inc Builder FD CL | C | Dividend | M | T | | | | | |
| 962. -Fundatmntal Invesors FD CL A | C | Dividend | K | T | | | | | |
| 963. -Inc FD of AM CL A | C | Dividend | N | T | | | | | |
| 964. -Investment Co of AM CL A | D | Dividend | M | T | | | | | |
| 965. -JPMorgan Value Advantage FD CL A | A | Dividend | J | T | | | | | |
| 966. -JPMorgan Inc Buiilder FD CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 967. -Limited Term Tax Exempt BD CL A | A | Dividend | L | T | | | | | |
| 968. -RS Global Natural Resources FD CL A | | None | | | Sold | 11/25/14 | K | A | |
| 969. -Lafayette Parish La, GO Ref Bds 2012 | A | Interest | L | T | | | | | |
| 970. -La Loc Govt Enviromental Facs & Comnty Dev Auth Rev La Tech 2007 | A | Interest | J | T | | | | | |
| 971. -LA Loc Govt Enviromental Fac & Comnty Dev LCTCS 2010 | A | Interest | K | T | | | | | |
| 972. -La Loc Govt Environmental Facs & Comnty LCTCS 2011 | | None | K | T | | | | | |
| 973. -La Pub Facs Auth Rev BDs Loyola Univ of NO 2011 | | None | K | T | | | | | |
| 974. -La Pub Facs Auth Rev BDs Roman Catholic Archdiocesse of NO 2007 | | None | K | T | | | | | |
| 975. -LSU Brd Supervisors Rev BDs 2012/2026 | A | Interest | J | T | | | | | |
| 976. -LSU Brd of Supervisors Rev BDs 2012/2027 | | None | M | T | | | | | |
| 977. -Orleans Parish La Parishwide Sch Dist GO Ref BDs 2010 | B | Interest | L | T | | | | | |
| 978. -Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 979. | | | | | | | | | |
| 980. (X)Vanguard Growth Index Fund | A | Interest | K | T | | | | | |
| 981. (X)Vanguard Stock Mkt Index FD | A | Interest | K | T | | | | | |
| 982. | | | | | | | | | |
| 983. (X) Other Estate property | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**
Page 63 of 66

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 984. | | | | | | | | | |
| 985. -Real property, Fort Worth TX -Chesapeake; 3/7/14 | F | Rent | O | Q | | | | | |
| 986. -Real Property, Union City, TN | E | Rent | | | Distributed | 10/31/14 | O | | |
| 987. -JP Morgan Chase & Co C/S | C | Dividend | L | T | | | | | |
| 988. -Berkshire Hathway, Inc CL B C/S | | None | P1 | T | | | | | |
| 989. -Hancock Bank Holding Corp C/S | A | Dividend | K | T | | | | | |
| 990. -American Express Co C/S | D | Dividend | O | T | | | | | |
| 991. -Capital One Financial Corp, C/S | A | Dividend | J | T | | | | | |
| 992. -3.57143% Ownership interest Salt Domes Partnership; 3/7/14 | E | Royalty | M | Q | | | | | |
| 993. - Est Residual Value in the Estate of Elise Weeks assets unknown | | None | K | W | | | | | |
| 994. -Oil, gas, mineral interests St. Martin Parish, La Exxon 3/7/14 | A | Royalty | K | Q | | | | | |
| 995. -Oil gas, mineral interests Iberia Parish, La-Hilcorp; 3/7/14 | D | Royalty | J | Q | | | | | |
| 996. -3.24074% Ownership interest in EWA, LLC 3/7/14 | C | Dividend | L | Q | | | | | |
| 997. -4.17% Ownership interest in Lincoln Land Investments, Inc 3/7/14 | | None | J | Q | | | | | |
| 998. -Capital One Financial Corp. bank account #1 | A | Interest | | | Distributed | 08/04/14 | J | | |
| 999. -Capital One Financial bank account #2 | A | Interest | | | Distributed | 08/04/14 | J | | |
| 1000. -JPMorgan Chase bank account #1 | A | Interest | | | Distributed | 08/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magner, Elizabeth W. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1001. -JP Morgan Chase bank account #2 | A | Interest | | | Distributed | 08/04/14 | M | | |
| 1002. -JPMorgan Chase bank account #4 50% interest | A | Interest | J | T | | | | | |
| 1003. -JPMorgan Chase bank account #3 50% interest | A | Interest | J | T | | | | | |
| 1004. -Whitney Bank accounts | A | Interest | M | T | | | | | |
| 1005. -Maplewood Partners LLP | | None | | | Distributed | 3/15/14 | J | | |
| 1006. | | | | | | | | | |
| 1007. | | | | | | | | | |
| 1008. | | | | | | | | | |
| 1009. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

My ▓▓▓▓ died on March 7, 2014.  On her death, Trust #1 was funded with life insurance proceeds.  I am an income & principal beneficiary as  well as the trustee of that trust.

I am the trustee of Trust #2 which has no assets.

Trusts 3-5 were created by Dickens H. Wall, on her death, for the benefit of ▓▓▓▓▓▓▓▓▓ .  I am the trustee of these trusts.  These trusts were partially funded through distributions from the Estate of Dickens Wall in July 2014.

Trust 6 was created on the death of Rivers P Wall, Jr.   On the death of Dickens Wall, I became an income & principal beneficiary as well as the trustee.  Trust 6 distributed its entire contents to its beneficiaries in July of 2014.   It had no assets as of 12/31/14.

The Estate of Dickens Wall distributed the property located in Union City, TN to her heirs in October, 2014.  No other assets were distributed in 2014.

Two IRAs in the name of Dickens H. Wall were distributed to the beneficiaries in July 2014.  My share is designated as Rollover IRAs.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth W. Magner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544